People v Amore (2023 NY Slip Op 01685)

People v Amore

2023 NY Slip Op 01685

Decided on March 29, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 29, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
ANGELA G. IANNACCI
PAUL WOOTEN
LILLIAN WAN, JJ.

[*1]The People of the State of New York, respondent,
v
Joseph Amore, appellant. Warren S. Hecht, Forest Hills, NY, for appellant.

Michael E. McMahon, District Attorney, Staten Island, NY (Morrie I. Kleinbart and George D. Adames of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Richmond County (Lisa Grey, J.), imposed April 29, 2022, upon his plea of guilty, on the ground that the sentence was excessive.
ORDERED that the sentence is affirmed.
Contrary to the defendant's contention, he validly waived his right to appeal. Although the written waiver of the right to appeal mischaracterized the scope of the appeal waiver, the record demonstrated that, under the totality of the circumstances, including the Supreme Court's oral colloquy, the defendant's consultation with counsel, and his age and experience, the defendant had a full appreciation of the terms and consequences of the appeal waiver (see People v Thomas, 34 NY3d 545, 564; People v Stacker, 206 AD3d 766; People v Lawrence, 184 AD3d 587). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (see People v Stacker, 206 AD3d 766).
CONNOLLY, J.P., IANNACCI, WOOTEN and WAN, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court